```
JOHN JOSEPH HALL (SBN 23761)          Priority  ____
1631 Beverly Boulevard                 Send      ____
Los Angeles, CA 90026-5710             Enter     ____
Phone: (213)250-1145                   Closed    ✓
Fax: (213)250-7781                     JS-5/JS-6 ✓
E-mail: hall426@msn.com                JS-2/JS-3 ____
                                       Scan Only ____
Attorney for Plaintiff
and Counterdefendant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL, LLC, a Nevada limited liability company, | CV 09-05373RGK(SSx) |
| Plaintiff, and Counterdefendant, | [~~PROPOSED~~] CONSENT JUDGMENT |
| vs | |
| PLEASANT TRAVEL SERVICE, a California corporation, | **NOTE CHANGES MADE BY THE COURT.** |
| Defendant and Counterclaimant. | |

Plaintiff and Counterdefendant Marisol, LLC (Marisol) and Defendant and Counterclaimant Pleasant Travel Service having agreed to a settlement of this action, and having consented to the entry of this Consent Judgment pursuant to a separate document entitled Settlement Agreement:

1

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. This court has jurisdiction of the parties in this action and of the subject matter of this action, pursuant to 15 U.S.C. ¶ 1071(b) and 15 U.S.C. § 1119.

2. The decision of the Trademark Trial and Appeal Board of the United States Patent and Trademark Office granting cancellation of Registration No. 2,938,695 of the service mark DON THE BEACHCOMBER in Cancellation No. 92044469 is hereby reversed and of no effect. [*However, the decision is reversed only in its effect of granting the cancellation. The Court does not comment on the basis of the Board's decision. This judgment does not foreclose further challenge of plaintiff's Registration No. 2,938,695 by a third party.*]

3. Registration No. 2,938,695 of the service mark DON THE BEACHCOMBER is valid and enforceable and Pleasant Travel Service shall not take any action on its own regarding the validity and enforceability of Registration No. 2,938,695 except pursuant to subpoena or other legal compulsion.

4. Pursuant to Section 37 of the Lanham Act, 15 U.S.C. ¶ 1119, the Director of the United States Patent and Trademark Office is directed to modify Registration No. 2,938,695 on the Principal Register, forthwith as follows:

Pleasant Travel Service shall have the exclusive right

to use of the service mark DON THE BEACHCOMBER for restaurant and bar services in International Class 43 in the State of Hawaii only and Marisol shall retain its exclusive right to use of the service mark DON THE BEACHCOMBER for restaurant and bar services in International Class 43 in the remaining 49 states and remainder of the United States of America.

5. Marisol and Pleasant Travel Service shall be entitled to continue to market their respective goods and services over the Internet, consistent with the parties' concurrent use agreement and consistent with their current Internet marketing.

6. To the extent necessary as determined by Marisol, Pleasant Travel Service, at its own expense, shall cooperate and assist Marisol regarding preparation of declarations and exhibits and other documents as required by and relating to Section 8, 15 U.S.C. § 1058, Section 9, 15 U.S.C. § 1058, and Section 15, 15 U.S.C. § 1065 of the Lanham Act as well as other Sections of the Lanham Act necessary to maintain Registration No. 2,938,695 in full

force and effect in the future.

7. If not already done so, the parties shall execute joint and mutual releases forthwith.

8. Each party shall bear its own costs and attorney fees.

9. Each party waives any appeal of this CONSENT JUDGMENT.

10. Upon entry of this CONSENT JUDGMENT, the above entitled action shall be dismissed with prejudice, but notwithstanding the dismissal, the Court shall retain continuing jurisdiction for the purpose of enforcing the CONSENT JUDGMENT.

DATED: SEP - 9 2010

_____
UNITED STATES DISTRICT COURT JUDGE

Approved as to form and content:

DATED: 8-26-10

JOHN JOSEPH HALL
LAW OFFICES OF JOHN JOSEPH HALL

By _____
JOHN JOSEPH HALL
Attorney for Plaintiff and
Counterdefendant Marisol, LLC

4

DATED: AUG 2 4 2010

ELISE OWENS THORN
CLAY CHAPMAN IWAMURA PULICE&NERVELL

By _____Elise Owens Thorn_____
Attorneys for Defendant and
Counterclaimant Pleasant Travel Service

The parties hereto consent to the entry of the foregoing CONSENT JUDGMENT.

DATED: 8/25/2010   Marisol, LLC

By _____
Arthur K. Snyder
General Manager

DATED: 8/24/10   Pleasant Travel Service

By _____
Edward Hogan, President & CEO